```
IRELL & MANELLA LLP
Morgan Chu (70446)
Richard M. Birnholz (151543)
Andrei Iancu (184973)
Richard G. Frenkel (204133)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010

ATTORNEYS FOR PLAINTIFF
IMMERSION CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, INC.; SONY COMPUTER ENTERTAINMENT, INC.; and MICROSOFT CORPORATION,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-02-0710 CW (WDB)<br><br>STIPULATION AND DISMISSAL WITH PREJUDICE OF IMMERSION'S CLAIMS AGAINST MICROSOFT AND MICROSOFT'S COUNTERCLAIMS AGAINST IMMERSION; PROPOSED ORDER |

Whereas, Plaintiff Immersion Corporation ("Immersion") filed this action on February 11, 2002, alleging that Defendants Sony Computer Entertainment Inc. and Sony Computer Entertainment America, Inc. (together "Sony") Microsoft Corporation ("Microsoft") infringe U.S. Patent Nos. 5,889,672 and 6,275,213 ("'213 patent");

Whereas, on October 8, 2002 Immersion filed a First Amended Complaint withdrawing the allegations of infringement under U.S. Patent No. 5,889,672 and adding allegations of infringement under U.S. Patent No. 6,424,333 ("'333 patent");

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1024392

Stipulation and Order of Dismissal
Case No. C-02-0710 CW (WDB)

Whereas, on April 4 and October 21, 2002, Microsoft filed counterclaims in the action alleging invalidity, non-infringement, and unenforceability of the '213 and '333 patents.

Whereas, Immersion and Microsoft have reached an agreement to settle the above-captioned action insofar as it involves claims and disputes between Immersion and Microsoft.

Immersion and Microsoft, by and through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

1. Immersion's claims against Microsoft in the above-captioned action, including Immersion's Complaint and First Amended Complaint and all of the claims for patent infringement against Microsoft therein, are hereby dismissed with prejudice.

2. Microsoft's counterclaims against Immersion in the above-captioned action, including all of Microsoft's counterclaims seeking a judicial declaration that the '213 patent and '333 patent are not valid, enforceable or infringed, are hereby dismissed with prejudice.

3. Immersion and Microsoft shall bear their own costs and attorneys' fees in connection with the action between Immersion and Microsoft.

4. This Stipulation between Immersion and Microsoft is not intended to, does not, and shall not be construed to dismiss or limit Immersion's continued prosecution of the above-captioned action insofar as it involves claims and disputes between Immersion and Sony, and is without prejudice to Immersion's ability to obtain any relief from Sony.

Dated: August 5, 2003         IRELL & MANELLA LLP

                              By: /s/ Richard M. Birnholz
                              Richard M. Birnholz
                              Attorneys for Plaintiff
                              Immersion Corporation

Dated: August 5, 2003         FISH & RICHARDSON P.C.

                              By: /s/ John P. Schnurer
                              John P. Schnurer
                              Attorneys for Defendant
                              Microsoft Corporation

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1024392 — - 1 - — Stipulation and Order of Dismissal
Case No. C-02-0710 CW (WDB)

**ORDER**

Pursuant to Stipulation between Immersion and Microsoft, IT IS SO ORDERED, ADJUDGED AND DECREED THAT:

1. Immersion's claims against Microsoft in the above-captioned action, including Immersion's Complaint and First Amended Complaint and all of the claims for patent infringement against Microsoft therein, are hereby dismissed with prejudice.

2. Microsoft's counterclaims against Immersion in the above-captioned action, including all of Microsoft's counterclaims seeking a judicial declaration that the '213 patent and '333 patent are not valid, enforceable or infringed, are hereby dismissed with prejudice.

3. Immersion and Microsoft shall bear their own costs and attorneys' fees in connection with the action between Immersion and Microsoft.

4. The above Stipulation and this Order is not intended to, does not, and shall not be construed to dismiss or limit Immersion's continued prosecution of the above-captioned action insofar as it involves claims and disputes between Immersion and Sony, and is without prejudice to Immersion's ability to obtain any relief from Sony.

Dated: August __, 2003

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1024392

- 2 -

Stipulation and Order of Dismissal
Case No. C-02-0710 CW (WDB)