| | |
|---|---|
| 1 | MATTHEW D. POWERS (Bar No. 104795) |
| | EDWARD R. REINES (Bar No. 135960) |
| 2 | DOUGLAS E. LUMISH (Bar No. 183863) |
| | MATTHEW SARBORARIA (Bar No. 211600) |
| 3 | JEFFREY G. HOMRIG (Bar No. 215890) |
| | SONAL N. MEHTA (Bar No. 222086) |
| 4 | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| 5 | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065-1175 |
| 6 | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT AMERICA INC. and SONY COMPUTER ENTERTAINMENT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IMMERSION CORPORATION, | Case No. C 02-00710 CW (WDB) |
| Plaintiff, | **ORDER GRANTING CIVIL LOCAL RULE 6-2 STIPULATED REQUEST FOR AN ORDER ENLARGING TIME FOR TO SELECT OR SUBMIT NAMES OF SPECIAL MASTER RE MOTIONS FOR REVIEW OF TAXATION OF COSTS** |
| v. | |
| SONY COMPUTER ENTERTAINMENT AMERICA INC. and SONY COMPUTER ENTERTAINMENT INC., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

STIPULATION TO EXTEND DEADLINE FOR SUBMISSION OF SPECIAL MASTERS
SV1:\224043\02\4svf02!.DOC\75008.0003

CASE NO. C 02-00710 CW (DWB)

1

1  Pursuant to Civil Local Rule 6-2, plaintiff Immersion Corporation ("Immersion")
2  and defendants Sony Computer Entertainment Inc. and Sony Computer Entertainment America
3  Inc. (collectively "Sony") stipulate as follows:

4  WHEREAS, on May 18, 2005, the Court ordered Counsel to meet and confer and
5  within ten days submit a stipulation with the name of a Special Master for the Court to appoint or
6  a list of three names each from which the Court can choose;

7  WHEREAS, the parties are investigating and meeting and conferring on the
8  selection of a Special Master;

9  WHEREAS, the parties desire additional time to address this matter and hopefully
10  stipulate to a Special Master or, if necessary, submit the requested names to the Court;

11  NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties,
12  through their respective counsel of record, that:

13  The deadline for submission of a stipulation with the name of a Special Master for
14  the Court to appoint or a list of three names each from which the Court can choose shall be due
15  Monday, June 6, 2005.

16  Dated: May 31, 2005                                  WEIL, GOTSHAL & MANGES LLP

                                                         By:      /s/ Sonal N. Mehta
                                                              Sonal N. Mehta
                                                              Attorneys for Defendants
                                                         Sony Computer Entertainment America Inc. and
                                                              Sony Computer Entertainment Inc.

21  Dated: May 31, 2005                                  IRELL & MANELLA LLP

                                                         By:      /s/ Richard M. Birnholz
                                                              Richard Birnholz
                                                              Attorneys for Plaintiff
                                                              Immersion Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 31, 2005                                  /s/ CLAUDIA WILKEN

                                                     Hon. Claudia Wilken
                                                     United States District Court Judge