IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA INC. and SONY COMPUTER ENTERTAINMENT INC.,<br><br>    Defendants._____/ | No. 02-00710 CW<br><br>ORDER APPOINTING SPECIAL MASTER |

Pursuant to the Stipulation on Special Master Re Motions for Review of Taxation of Costs,

IT IS HEREBY ORDERED that the Honorable Eugene F. Lynch (Ret.) of JAMS is appointed as Special Master in the above-captioned case to hear Sony's Motion for Review of Clerk's Taxation of Costs and Immersions' Cross-Motion in response thereto. The Clerk shall forward copies of Plaintiff's Motion for Review of Allowed Costs and Defendants' Motion for Review of Clerk's Taxation of Costs to the Special Master to make a Report and Recommendation to the Court. The Special Master shall

1  conduct proceedings authorized by Fed. R. Civ. P. 53 that appear
2  necessary for formulate the proposed disposition at the
3  convenience of his calendar.

6      6/13/05                    /s/ CLAUDIA WILKEN
7  Dated _____      CLAUDIA WILKEN
                                  United States District Judge