1  JOSEPH S. LITTENBERG (*pro hac vice*)
   jlittenberg@ldlkm.com
2  GREGORY S. GEWIRTZ (*pro hac vice*)
   ggewirtz@ldlkm.com
3  CHARLES P.
   KENNEDY (*pro hac vice*)
4  ckennedy@ldlkm.com
   DOUGLAS T. HUDSON (Bar No. 210385)
5  dhudson@ldlkm.com
   LERNER, DAVID, LITTENBERG,
6   KRUMHOLZ & MENTLIK, LLP
   600 South Avenue West
7  Westfield, NJ 07090
   Telephone:    (908) 654-5000
8  Facsimile:    (908) 654-7866

9  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
10 EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
11 DOUGLAS E. LUMISH (Bar No. 183863)
   doug.lumish@weil.com
12 WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
13 201 Redwood Shores Parkway
   Redwood Shores, CA 94065-1175
14 Telephone:    (650) 802-3000
   Facsimile:    (650) 802-3100
15
   Attorneys for Defendants
16 SONY COMPUTER ENTERTAINMENT
   AMERICA INC. and SONY COMPUTER
17 ENTERTAINMENT INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>          Plaintiff,<br><br>   v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA INC. and SONY COMPUTER ENTERTAINMENT INC.,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.  C 02-0710 CW (WDB)<br><br>The Honorable Claudia Wilken<br><br>Hearing Date: January 20, 2006<br>Time:  10:00 a.m.<br>Courtroom 2, 4th Floor |

**ORDER RE: EQUIPMENT FOR**
**<u>HEARING ON MOTION FOR RELIEF FROM FINAL JUDGMENT</u>**

1  IT IS HEREBY ORDERED that plaintiff Immersion Corporation ("plaintiff") and defendants Sony Computer Entertainment America Inc., Sony Computer Entertainment Inc., and Microsoft Corporation ("defendants"), by and through their respective counsel of record, may bring into the Federal Courthouse in Oakland, California, located at 1301 Clay Street, Oakland, California, and set up in the courtroom of the Honorable Claudia Wilken, certain equipment and materials for purposes of facilitating demonstrative exhibits for a hearing on Sony's motion for relief from final judgment on January 20, 2006.  The equipment and materials will include easels, exhibit boards, network equipment, and laptop computers with assorted power, monitor, video and audio cables, power strips, and extension cords.  Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow, and to take such steps as reasonably necessary to facilitate the foregoing activity.

**However, the Court prefers paper copies of demonstratives on 8-1/2 x 11 paper, with a copy for the law clerk and court reporter, in lieu of large posters and Power Points.**

IT IS SO ORDERED.

Dated:  January _18, 2006                    /s/ CLAUDIA WILKEN

By: _____
    Hon. Claudia Wilken
    United States District Judge

[Proposed] Order Re: Equipment For Hearing On
Motion For Relief From Final Judgment
C-02-0710 CW (WDB)

623655_1