MATTHEW D. POWERS (Bar No. 104795)
EDWARD R. REINES (Bar No. 135960)
DOUGLAS E. LUMISH (Bar No. 183863)
JEFFREY G. HOMRIG (Bar No. 215890)
SONAL N. MEHTA (Bar No. 222086)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Telephone:     (650) 802-3000
Facsimile:     (650) 802-3100

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT
AMERICA INC. and SONY COMPUTER
ENTERTAINMENT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA INC. and SONY COMPUTER ENTERTAINMENT INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.  C 02-0710 CW (WDB)<br><br>**ORDER GRANTING STIPULATED REQUEST FOR AN ORDER AUTHORIZING WITHDRAWAL OF FUNDS FROM THE COURT'S REGISTRY AND CREATION OF AN ESCROW ACCOUNT** |

1   Having considered the Stipulated Request For An Order Authorizing Withdrawal
2   Of Funds From The Court's Registry And Creation Of An Escrow Account, THE COURT
3   HEREBY ORDERS AS FOLLOWS:
4   The Stipulated Request For An Order Authorizing Withdrawal Of Funds From The
5   Court's Registry And Creation Of An Escrow Account is GRANTED.
6
7   IT IS SO ORDERED.
8     6/12/06            /s/ CLAUDIA WILKEN
9   DATED:_____
10                  Honorable Claudia Wilken
                    United States District Court Judge