MATTHEW D. POWERS (Bar No. 104795)
EDWARD R. REINES (Bar No. 135960)
DOUGLAS E. LUMISH (Bar No. 183863)
JEFFREY G. HOMRIG (Bar No. 215890)
SONAL N. MEHTA (Bar No. 222086)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT
AMERICA INC. and SONY COMPUTER
ENTERTAINMENT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA INC. and SONY COMPUTER ENTERTAINMENT INC.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.  C 02-00710 CW (WDB)<br><br>**STIPULATED REQUEST FOR AN ADDITIONAL ORDER AUTHORIZING WITHDRAWAL OF FUNDS FROM THE COURT'S REGISTRY AND CREATION OF AN ESCROW ACCOUNT** |

STIPULATED REQUEST FOR AN ADDITIONAL ORDER
AUTHORIZING WITHDRAWAL OF FUNDS FROM THE
COURT'S REGISTRY AND CREATION OF AN ESCROW        1

CASE NO. C 02-00710 CW (WDB)

SV1:\253647\01\5FPR01!.DOC\75008.0003

Pursuant to Civil Local Rule 7-12, plaintiff Immersion Corporation ("Immersion") and defendants Sony Computer Entertainment Inc. and Sony Computer Entertainment America Inc. (collectively "Sony") stipulate as follows:

WHEREAS, on June 12, 2006, the Court entered an Order granting the Stipulated Request for an Order Authorizing Withdrawal Of Funds From The Court's Registry And Creation Of An Escrow Account;

WHEREAS, the parties have learned from the Clerk's Office of the United States District Court for the Northern District of California that the Clerk's Office of the United States District Court for the Southern District of Texas has requested additional, specific instructions from this Court to complete the withdrawal of funds from the Court's Registry pursuant to this Court's June 12, 2006 Order;

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that:

The United States District Court for the Southern District of Texas and the personnel involved in the administration of the Court's Registry are authorized, subject to the Court's Order below, to take all steps necessary to transfer funds from the Court's Registry to the parties' escrow account on behalf of the United States District Court for the Northern District of California in accordance with the terms of the Order granting the Stipulated Request for an Order Authorizing Withdrawal Of Funds From The Court's Registry And Creation Of An Escrow Account entered on June 12, 2006. In addition, to enable the Clerk's Office of the United States District Court for the Southern District of Texas to complete the withdrawal of funds from the Court's Registry, the Clerk's Office of the United States District Court for the Northern District of California is authorized to transmit to the Clerk's Office of the United States District Court for the Southern District of Texas the Unredacted Stipulated Request for an Order Authorizing Withdrawal Of Funds From The Court's Registry And Creation Of An Escrow Account, which was filed under seal on June 12, 2006.

STIPULATED REQUEST FOR AN ADDITIONAL ORDER
AUTHORIZING WITHDRAWAL OF FUNDS FROM THE
COURT'S REGISTRY AND CREATION OF AN ESCROW        2

CASE NO. C 02-00710 CW (WDB)

1  Dated: August 28, 2006                    WEIL, GOTSHAL & MANGES LLP

2                                             By:      /s/ Sonal N. Mehta
3                                                      Sonal N. Mehta
                                                       Attorneys for Defendants
4                                             Sony Computer Entertainment America Inc. and
                                                  Sony Computer Entertainment Inc.
5

6  Dated: August 28, 2006                    IRELL & MANELLA LLP

7                                             By:      /s/ Alan J. Heinrich
                                                       Alan J. Heinrich
8                                                      Attorneys for Plaintiff
                                                       Immersion Corporation
9

10 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11                                                    /s/ CLAUDIA WILKEN
   Dated:  August  28, 2006                   _____
12                                                    Hon. Claudia Wilken
                                                 United States District Court Judge