IRELL & MANELLA LLP
Morgan Chu (70446)
mchu@irell.com
Richard M. Birnholz (151543)
rbirnholz@irell.com
Andrei Iancu (184973)
aiancu@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff
IMMERSION CORPORATION

Matthew D. Powers (104795)
matthew.powers@weil.com
Edward R. Reines (135960)
edward.reines@weil.com
Douglas E. Lumish (183863)
doug.lumish@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT AMERICA INC. and
SONY COMPUTER ENTERTAINMENT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IMMERSION CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> SONY COMPUTER ENTERTAINMENT AMERICA, INC. and SONY COMPUTER ENTERTAINMENT, INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. C-02-0710 CW (WDB) <br><br> **STIPULATION AND [PROPOSED] ORDER DISSOLVING PERMANENT INJUNCTION** <br><br> Hon. Claudia Wilken |

On April 7, 2005, the Court entered an Amended Judgment in this matter ("Amended Judgment"), which is now final and non-appealable. Plaintiff Immersion Corporation and Defendants Sony Computer Entertainment Inc. and Sony Computer Entertainment America Inc. (together "Sony"), by and through their respective counsel of record, hereby stipulate that the Permanent Injunction entered March 24, 2005 [Docket No. 1647], including the compulsory licenses ordered therein, shall be dissolved as of the date hereof and have no further prospective effect. Nothing herein shall have any impact or effect on the Amended Judgment.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: March 16, 2007              By: /s/ *Richard M. Birnholz*
                                       Richard M. Birnholz
                                       IRELL & MANELLA LLP
                                       Attorneys for Plaintiff
                                       Immersion Corporation

Dated: March 16, 2007              By: /s/ *Douglas E. Lumish*
                                       Douglas E. Lumish
                                       WEIL, GOTSHAL & MANGES LLP
                                       Attorneys for Defendants
                                       Sony Computer Entertainment Inc.
                                       Sony Computer Entertainment America Inc.

## ~~PROPOSED~~ ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: 3/19/07

_____
Hon. Claudia Wilken
UNITED STATES DISTRICT JUDGE